**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bk. No. 18-13059 AMC |
| ANGEL ALMONTE | : | |
| | : | Chapter No.  13 |
| Debtors | : | |
| | : | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appears for **WELLS FARGO BANK,**

**N.A.** ("the Creditor"), and pursuant to Bankruptcy Rule 2002(g) and 2002(h) and 9007 and

§1109(b) of the Bankruptcy Code, with regards to the real property, located at 71 ARLINGTON

DRIVE, FORDS, NJ 08863-1313 with the mortgage recorded on December 9, 2009 Book

13682, Page 0036 demands that all notices that are required to be given in this case and all

papers that are required to be served in this case, be given to and served upon the undersigned at

the office, post office address and telephone number set forth below.

  **PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy

Code, the foregoing demand includes not only the notices and papers referred to in the Rules

specified above, but also includes, without limitation, orders and notices of any application,

motion, petition, pleading, request, complaint or demand, whether formal or informal, whether

written or oral whether transmitted or conveyed by mail, delivered, telephone, telegraph, telex or

otherwise which affect or seek to affect in any way the Creditor's rights or interest, with respect

to Debtors or the property on which Creditor holds a first mortgage lien.

May 30, 2018

      /s/ Jerome Blank, Esquire
      Jerome Blank, Esq., Id. No.49736
      Phelan Hallinan Diamond & Jones, LLP
      1617 JFK Boulevard, Suite 1400
      One Penn Center Plaza
      Philadelphia, PA 19103
      Phone Number: 215-563-7000 Ext 31625
      Fax Number: 215-568-7616
      Email: jerome.blank@phelanhallinan.com