IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| ANGEL ALONTE | ) | Bk. No. 18-13059 AMC |
| Debtor | ) | |
| | ) | Chapter No. 13 |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned appears for **NOAH BANK**, ("the Creditor"), and pursuant to Bankruptcy Rule 2002(g) and 2002(h) and 9007 and §1109(b) of the Bankruptcy Code, with regards to the real property, located at 3950 FRANKFORD AVENUE, PHILADELPHIA, PA 19124 with the mortgage recorded on August 22, 2012 Doc. # 52525619, demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given and served upon the undersigned at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to and §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or conveyed by mail, delivered, telephone, telex, facsimile or otherwise which affect or seek to affect in any way the Creditor's rights or interest, with respect to Debtors or the property on which Creditor holds a first mortgage lien.

June 12, 2018

/s/ David A. Cohen
David A. Cohen Pa. Bar No. 54342
The Basil Law Group, P.C.
1270 Broadway, Suite 305
New York, NY 10001
davidacohen@rjbasil.com