IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| ANGEL ALMONTE, | : | |
| | : | DOCKET NO.: 18-13059-AMC |
| <u>                DEBTOR</u> | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | OBJECTION TO PLAN |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| MOVANT | : | HEARING DATE & TIME: |
| | : | NOT YET SET |
| v. | : | |
| | : | |
| ANGEL ALMONTE, | : | |
| | : | RELATED TO DOCKET NO.: <u>23</u> |
| RESPONDENT | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO
DEBTOR'S CHAPTER 13 PLAN

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading, Objection to Chapter 13 Plan, on the parties at the below addresses, on July 11, 2018, by:

**18-13059-AMC Notice will be electronically mailed to:**

Franklin A. Bennett, III at frank@bennettlaw.us, jaime@bennettlaw.us

Jerome B. Blank at paeb@fedphe.com

Demetri A. Braynin at dbraynin@starfieldsmith.com

David Aaron Cohen at davidacohen@rjbasil.com

William Edward Craig at ecfmail@mortoncraig.com, mhazlett@mortoncraig.com, mortoncraigecf@gmail.com

Christopher D. Loizides at loizides@loizides.com

Document      Page 2 of 2

William C. Miller at ecfemails@ph13trustee.com, philaecf@gmail.com

Arkady Rayz at erayz@kalraylaw.com, efile@kalraylaw.com

Rebecca Ann Solarz at bkgroup@kmllawgroup.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

United States Trustee at USTPRegion03.PH.ECF@usdoj.gov

**18-13059-AMC Notice will not be electronically mailed to:**

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA  23541

EXECUTED ON:  July 13, 2018

                                                                  Respectfully submitted by,

By:   /s/ Joseph J. Swartz
       Counsel
       PA Department of Revenue
       Office of Chief Counsel
       P.O. Box 281061
       Harrisburg, PA 17128-1061
       PA Attorney I.D.:  309233
       Phone: (717) 346-4645
       Facsimile: (717) 772-1459
       JoseSwartz@pa.gov