IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: ANGEL ALMONTE<br>**Debtor(s)** | )<br>) CHAPTER 13<br>) |
| AMERICAN HONDA FINANCE CORPORATION d/b/a ACURA FINANCIAL SERVICES, ADMINISTRATOR FOR HONDA LEASE TRUST<br>**Moving Party** | ) CASE NO. 18-13059 (AMC)<br>)<br>) HEARING DATE: **7-17-18 at 11:00 AM**<br>)<br>)<br>) 11 U.S.C. 362 |
| v.<br>ANGEL ALMONTE<br>JESSICA HERNANDEZ<br>**Respondent(s)** | )<br>)<br>)<br>) |
| WILLIAM C. MILLER<br>**Trustee** | )<br>) |

## ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the motion of American Honda Finance Corporation, under Bankruptcy Code section 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of the Bankruptcy Code section 1301 is vacated pursuant to Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2016 Acura RDX** bearing vehicle identification number 5J8TB4H51GL030150 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated: July 17, 2018

_____
UNITED STATES BANKRUPTCY JUDGE