United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-13059-amc
Angel Almonte                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Stacey                 Page 1 of 1                  Date Rcvd: Jul 19, 2018
                               Form ID: pdf900              Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2018.
db             +Angel Almonte,    7870 Anitia Drive,    Philadelphia, PA 19111-2808
cr             +American Honda Finance Corporation d/b/a Acura Fin,    3625 W. Royal Lane,    #200,
                 Irving, TX 75063-2912
cr             +Noah Bank,    7301 Old York Road,    Elkins Park, PA 19027-3004
cr             +VALERI NAGRUDNY,    9 STELLA DRIVE,    Holland, PA 18966-1157

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 20 2018 02:26:23     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 20 2018 02:26:05
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 20 2018 02:26:22     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 20 2018 02:19:48      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2018 at the address(es) listed below:
              ARKADY  RAYZ    on behalf of Creditor VALERI  NAGRUDNY erayz@kalraylaw.com, efile@kalraylaw.com
              CHRISTOPHER D. LOIZIDES    on behalf of Creditor    Noah Bank loizides@loizides.com
              DAVID  Aaron COHEN    on behalf of Creditor    Noah Bank davidacohen@rjbasil.com
              DEMETRI A. BRAYNIN    on behalf of Creditor VALERI  NAGRUDNY dbraynin@starfieldsmith.com
              FRANKLIN A. BENNETT, III    on behalf of Debtor Angel  Almonte frank@bennettlaw.us,
               JAIME@BENNETTLAW.US
              JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation d/b/a Acura
               Financial Services, Administrator For Honda Lease Trust ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: ANGEL ALMONTE<br>**Debtor(s)** | )<br>) CHAPTER 13<br>) |
| AMERICAN HONDA FINANCE<br>CORPORATION d/b/a ACURA FINANCIAL<br>SERVICES, ADMINISTRATOR FOR<br>HONDA LEASE TRUST<br>**Moving Party** | ) CASE NO. 18-13059 (AMC)<br>)<br>) HEARING DATE: **7-17-18 at 11:00 AM**<br>)<br>)<br>) 11 U.S.C. 362 |
| v. | ) |
| ANGEL ALMONTE<br>JESSICA HERNANDEZ<br>**Respondent(s)** | )<br>)<br>) |
| WILLIAM C. MILLER<br>**Trustee** | )<br>)<br>) |

### ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the motion of American Honda Finance Corporation, under Bankruptcy Code section 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of the Bankruptcy Code section 1301 is vacated pursuant to Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2016 Acura RDX** bearing vehicle identification number 5J8TB4H51GL030150 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated: July 17, 2018

_____
UNITED STATES BANKRUPTCY JUDGE