# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-13059-AMC

ANGEL ALMONTE

7870 ANITA DRIVE

PHILADELPHIA, PA 19111

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    ANGEL ALMONTE

    7870 ANITA DRIVE

    PHILADELPHIA, PA 19111

Counsel for debtor(s), by electronic notice only.

    FRANKLIN A BENNETT, III
    4700-12 CASTOR AVE

    PHILA, PA 19124-

Date: 8/2/2018

                                            /S/ William C. Miller
                                            _____
                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee