United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-13059-amc
Angel Almonte                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2              Date Rcvd: Sep 25, 2018
                           Form ID: pdf900            Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2018.
```
db             +Angel Almonte,    7870 Anitia Drive,    Philadelphia, PA 19111-2808
cr             +American Honda Finance Corporation d/b/a Acura Fin,    3625 W. Royal Lane,    #200,
                 Irving, TX 75063-2912
14103124       +Chase Bank USA, N.A.,    co United Collection Bureau, Inc,    5620 Southwyck Blvd, Suite 206,
                 Toledo, OH 43614-1501
14103122       +Citibank, NA,    c/o United Collection Bureau, Inc,    5620 Southwyck Blvd, Suite 206,
                 Toledo, OH 43614-1501
14108498       +David A. Cohen,    The Basil Law Group, P.C.,    1270 Broadway, Suite 305,
                 New York, NY 10001-3215
14103119       +Ditech Financial LLC,    3000 Bayport Drive, Suite 880,    Tampa, FL 33607-8409
14103129       +ERIC RAYZ, Esq.,    1051 COUNTY LINE RD, SUITE A,    HUNTINGDON VALLEY PA 19006-1232
14120883       +Hackensack Meridian Health,    JFK Medical Center,    Schachter, Portnoy, LLC,
                 3490 U.S. Route 1, Ste. 6,    Princeton, NH 08540-5920
14103127       +NORMAN M. VALZ, Esq.,    205 ARCH STREET, 2ND FLOOR,    PHILADELPHIA PA 19106-1904
14103115       +NYS Department of Taxation and Fin,    Bankruptcy Section, PO Box 5300,    Albany, NY 12205-0300
14130534        Nissan - Infiniti LT,    POB 660366,    Dallas, TX  75266-0366
14103116       +Noah Bank,    7301 Old York Road,    Elkins Park, PA 19027-3004
14103123        Synchrony Bank,    co Nationwide Credit, Inc.,    PO Box 14581,    Des Moines, IA 50306-3581
14103125        Toys Babies R US,    PO Box 965013,    Orlando, FL 32896-5013
14131359       +Unifund CCR,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
14103128       +VALERI NAGRUDNY,    9 STELLA DRIVE,    HOLLAND PA 18966-1157
14165222        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
14117311        Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                 Eagan MN 55121-7700
14103117        Wells Fargo Home Mortgage,    P.O. Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Sep 26 2018 02:45:26     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 26 2018 02:45:19      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14103126        E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 26 2018 02:45:16      Acura Financial Services,
                 P.O. Box 7829,    Philadelphia, PA 19101-7829
14107213        E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 26 2018 02:45:16      Acura Financial Services,
                 National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088
14103118       +E-mail/Text: bankruptcy.bnc@ditech.com Sep 26 2018 02:45:02      Ditech Financial LLC,
                 PO Box 94710,    Palatine, IL 60094-4710
14165886        E-mail/Text: bankruptcy.bnc@ditech.com Sep 26 2018 02:45:02      Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
14162567       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 26 2018 02:45:13      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14103120       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 26 2018 02:45:13      Midland Funding LLC,
                 2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
14164415        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2018 02:49:33
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14104110       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2018 03:00:00
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14104804       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 26 2018 02:45:10
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
14164103       +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2018 02:49:34      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                              TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*            +Noah Bank,    7301 Old York Road,    Elkins Park, PA 19027-3004
cr*            +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*            +VALERI NAGRUDNY,    9 STELLA DRIVE,    Holland, PA 18966-1157
14103121*      +Midland Funding LLC,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
                                                                                               TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Stacey              Page 2 of 2                  Date Rcvd: Sep 25, 2018
                              Form ID: pdf900           Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2018 at the address(es) listed below:
              ARKADY   RAYZ    on behalf of Creditor VALERI   NAGRUDNY erayz@kalraylaw.com, efile@kalraylaw.com
              CHRISTOPHER D. LOIZIDES    on behalf of Creditor    Noah Bank loizides@loizides.com
              DAVID  Aaron COHEN    on behalf of Creditor    Noah Bank davidacohen@rjbasil.com
              DEMETRI A. BRAYNIN    on behalf of Creditor VALERI   NAGRUDNY dbraynin@starfieldsmith.com
              FRANKLIN A. BENNETT, III    on behalf of Debtor Angel  Almonte frank@bennettlaw.us,
               JAIME@BENNETTLAW.US
              JEROME B. BLANK    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    American Honda Finance Corporation d/b/a Acura
               Financial Services, Administrator For Honda Lease Trust ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 11
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ANGEL ALMONTE                                              Chapter 13

               Debtor                    Bankruptcy No. 18-13059-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___25th___ day of ___September___, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
FRANKLIN A BENNETT, III
4700-12 CASTOR AVE

PHILA, PA 19124-

Debtor:
ANGEL ALMONTE

7870 ANITA DRIVE

PHILADELPHIA, PA 19111